UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20194-RAR

UNITED STATES OF AMERICA

v.

ROMUALDO MOJICA,

    Defendant.
_____/

## PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY AND SENSITIVE INFORMATION

**THIS CAUSE** comes before the Court on the United States of America's Unopposed Motion for a Protective Order Regulating Disclosure of Discovery and Sensitive Information ("Motion"), [ECF No. 23]. The Court having reviewed the Motion, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. The Government is authorized to disclose Sensitive Information (*i.e.*, video recordings and photographs of undercover agents and/or confidential informants) in its possession that the Government believes necessary to comply with the discovery obligations imposed by this Court.

2. The portion of the Discovery that includes sensitive information shall be marked "Confidential."

3. Counsel of record for the Defendant in this proceeding shall hold the Confidential portion of the Discovery in the strictest confidence. Therefore, defense counsel shall restrict access to this Discovery, and shall disclose this Discovery to their client, office staff, investigators, and to anticipated fact or expert witnesses only to the extent that defense counsel believes is necessary

to assist in the defense of their client in this matter and in a manner that will prohibit the disclosure of this Discovery to other persons not involved in the defense.

4. To the extent that Defendant is in custody, defense counsel may show the Defendant copies of the Confidential portion of the Discovery but may not provide the Defendant with copies of the Confidential portion of the Discovery.

5. Under no circumstance shall defense counsel permit the Defendant or any other individual to remove the Confidential portion of the Discovery from defense counsel's office, retain any copies of the Confidential portion of the Discovery, or reproduce in any manner the Confidential portion of the Discovery.

6. Counsel of record for the Defendant shall advise any person to whom the Confidential portion of the Discovery is disclosed that such information shall be held in strict confidence, and that further disclosure or dissemination is prohibited without defense counsel's express consent.

7. Counsel of record for the Defendant shall obtain a certification from each person to whom the Confidential portion of the Discovery is disclosed, in which the recipient (a) acknowledges these restrictions as set forth in this Protective Order of the Court, and (b) agrees that they will not disclose or disseminate the information without express consent of defense counsel. Counsel shall keep a copy of each certification to identify the individuals who received the Confidential portion of the Discovery and the date on which such information was first disclosed.

8. Counsel of record agree that, upon conclusion of the above–captioned case,[1] copies of the Confidential portion of the Discovery disclosed to defense counsel pursuant to the terms of this Order shall be destroyed or returned to the United States.

**DONE AND ORDERED** in Miami, Florida, this 10th day of October, 2025.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

cc:   Counsel of record

---

[1] This shall mean the period at the conclusion of any appellate and collateral proceedings, if any, or upon expiration of the deadline for filing appellate or collateral proceedings.